IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**SUMMER BROWN**  **PLAINTIFF**

v.  CASE NO. 2:24-CV-00023-BSM

**WALMART, INC.**  **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 12th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE