2:24-CV-00023-BSM.                                  3/06/25

I Summer Brown am writing/responding to Walmart Inc. motion to dismiss. My claim was filed in a timely manner, due to attorney's not wanting to take the case I had to Pro-Se to protect my rights. Not only do I have proof of the discrimination, but after Walmart Inc did there investigation of what was said to me, they were also aware that their management tried to attack me, fired me unlawfully, and tried to persuade me into signing paperwork. In conclusion, not only will I provide evidence, but I have witness. Walmart did not try to correct the wrong doing, instead they told Summer that, it was normal for Asset Protection manager's to act like he did, and instead of showing any type of empathy to what Summer had to experience, Walmart Inc Resolution was to cover what happened up, and try to make me sign paperwork, saying that I made threats to the Asset Protection manager. Walmart Inc managment team told Summer Brown that she made a threat to call local law enforcement. Not only was Summer called slow/retarded, managment insinuated that Summer knew customer & helped customer steal because we were both black. Managment went on to address Summer & the customer as "You People". Managment also tells Summer that she created a fake barcode, No proof was ever found.

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAR 10 2025
TAMMY H. DOWNS, CLERK
By: ___ DEP CLERK



After, being called slow, Retarded, called a theif, because the color of my skin that is grounds for discrimination. Then not only was summer called names, but Management (wes) tried to attack the Plaintiff for asking him his name. Summer had plans on calling Walmart Inc's ethics in which I did, but I did tell wes if he put his hands on me that I would call the police and this was while I was running from him. The EEOC found that I had enough evidence of discrimination which is why I was granted the Right to sue... This will be my last time responding my lawyer Austin Porter will take care of the rest. I'm asking that the court DISMISS Walmart Inc's motion ~~[scribbled out]~~ (^ Summer Brown)

Summer Brown
3/06/25