**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**SUMMER BROWN**                                                    **PLAINTIFF**

**v.**                         **CASE NO. 2:24-CV-00023-BSM**

**WALMART, INC.**                                                   **DEFENDANT**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 13th day of July, 2026.


_____
UNITED STATES DISTRICT JUDGE